IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-02568-PSF-CBS

RONALD W. HICKS,

      Plaintiff,

v.

TERRY MAKETA,
LT. TOM DELUCA, and
FRAN LEPAGE,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB − 6 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED:  February 1, 2007

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-02568-PSF-CBS

Ronald W. Hicks
Prisoner No. A00200948
El Paso County Jail
2739 E. Las Vegas Street
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Terry Maketa, Lt. DeLuca, and Fran LePage

　　　　I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service  for service of process on Terry Maketa, Lt. DeLuca, and Fran LePage: COMPLAINT FILED 12/26/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on _2/6/07_ .

GREGORY C. LANGHAM, CLERK

By _____
　　　　　　　　Deputy Clerk