IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02568-PSF-CBS

RONALD W. HICKS,
    Plaintiff,
v.

TERRY MAKETA,
LT. TOM DELUCA, and
FRAN LEPAGE,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court pursuant to the Order of Reference dated February 2, 2007 (doc. # 6). In another civil action, Mr. Hicks filed on March 28, 2007 a letter including his change of address. (*See* doc. # 4 in Civil Action No. 07-cv-00416). Two recent mailings sent to Mr. Hicks have been returned in the mail as undeliverable. (*See* docs. # 16 and # 17). The court having reviewed the case file and being sufficiently advised in the premises,

    The Clerk of the Court is directed to update Mr. Hicks' address in this civil action to Inmate # 115447, Fremont Correctional Facility (FCF), P.O. Box 999, Canon City, CO 81215-0999 and to re-mail copies of docs. # 14 and # 15 to Hicks at that address.

    DATED at Denver, Colorado, this 4th day of April, 2007.

                                                             BY THE COURT:

                                              s/Craig B. Shaffer
                                            United States Magistrate Judge