IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02568-PSF-CBS

RONALD W. HICKS,
        Plaintiff,
v.

TERRY MAKETA,
LT. TOM DELUCA, and
FRAN LEPAGE,
        Defendants.

_____

ORDER

_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Defendants' "Motion to Strike Plaintiff's 'Reply to Defendants' Motion to the Clerk of the Court to Dismiss Civil Claim' " (filed June 15, 2007) (doc. # 27).  Pursuant to the Order of Reference dated February 2, 2007 (doc. # 6) and the memorandum dated June 18, 2007 (doc. # 29), this matter was referred to the Magistrate Judge.

        Defendants filed their Motion to Dismiss (doc. # 13) on March 20, 2007.  On March 26, 2007, two mailings sent to Mr. Hicks were returned in the mail as undeliverable, one of which advised Mr. Hicks of the deadline to respond to Defendants' Motion to Dismiss.  (*See* docs. # 16 and # 17).  On April 4, 2007 the court directed the Clerk of the Court to update the court's records as to Mr. Hicks' current address and to re-mail copies of docs. # 14 and # 15 to Mr. Hicks at that address.  On April 10, 2007, the court received a letter from Mr. Hicks "asking this Honorable Court to not dismiss the civil suit filed against Terry Maketa, Tom DeLuca, and Fran Le Page . . . ."  (*See* doc. # 20).  The Clerk of the Court docketed Mr. Hicks' letter as his response to Defendants' Motion to Dismiss.

        Defendants filed their Reply to their Motion to Dismiss on April 20, 2007.  (*See* doc. # 22).  On May 30, 2007, the court received from Mr. Hicks a "Reply to Defendants['] Motion to the Clerk of the Court to Dismiss Civil Claim," addressing the arguments raised in

Defendants' Motion to Dismiss.  (*See* doc. # 24).  On June 15, 2007, Defendants filed a "Reply to Plaintiff's 'Reply to Defendants['] Motion to the Clerk of the Court to Dismiss Civil Claim.' " (*See* doc. # 28).

The court having reviewed Defendants' Motion to Strike, the entire case file and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that:

1.      Defendants' "Motion to Strike Plaintiff's 'Reply to Defendants' Motion to the Clerk of the Court to Dismiss Civil Claim" (filed June 15, 2007) (doc. # 27) is DENIED.

2.      No further briefing on Defendants' Motion to Dismiss (doc. # 13) may be filed without leave of court.

DATED at Denver, Colorado, this 20th day of June, 2007.

BY THE COURT:


_____s/Craig B. Shaffer_____
United States Magistrate Judge